IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DAVIS, individually and as the representative of a class of similarly situated persons;<br><br>    Plaintiff,<br><br>  vs.<br><br>STADIO MONEY MANAGEMENT, LLC, and  UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Defendants. | **8:19CV556**<br><br><br>**ORDER** |

   IT IS ORDERED that the motion to withdraw filed by Brent F. Powell of Womble Bond Dickinson (US) LLP, as counsel of record for Defendant United of Omaha Life Insurance Company, (Filing No. 95), is granted. Brent F. Powell shall no longer receive electronic notice in this case.

   Dated this 7th day of January, 2020.

         BY THE COURT:

         *s/ Cheryl R. Zwart*
         United States Magistrate Judge