IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DAVIS, individually and as the representative of a class of similarly situated persons;<br><br>Plaintiff,<br><br>vs.<br><br>STADION MONEY MANAGEMENT, LLC, and UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendants. | **8:19CV556**<br><br>**ORDER** |

IT IS ORDERED that the motions to withdraw filed by F. Hill Allen IV (Filing No. 97) and Carl F. Engstrom (Filing No. 98), as counsel of record for Plaintiff, are granted. F. Hill Allen IV and Carl F. Engstrom shall no longer receive electronic notice in this case.

Dated this 13th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge