IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DAVIS, individually and as representatives of a class of similarly situated persons; and VENESSA ROMANO, individually and as representatives of a class of similarly situated persons;<br><br>Plaintiffs,<br><br>vs.<br><br>STADION MONEY MANAGEMENT, LLC, and UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendants. | 8:19CV556<br><br>ORDER |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 115) of party United of Omaha Life Insurance Company without prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed against United of Omaha Life Insurance Company without prejudice and without costs to any party.

Dated this 6th day of October, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge