IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DAVIS, individually and as representatives of a class of similarly situated persons; and VENESSA ROMANO, individually and as representatives of a class of similarly situated persons;<br><br>Plaintiffs,<br><br>vs.<br><br>STADION MONEY MANAGEMENT, LLC,<br><br>Defendant. | 8:19CV556<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' joint motion to extend is granted. (Filing No. 158). The unexpired deadlines in the final progression order are amended as follows:

1) The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings on August 17, 2021 at 9:00 a.m. is **continued** and will be held with the undersigned magistrate judge on **September 7, 2021** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) All expert depositions, regardless of whether they are intended to be used at trial will be completed by August 27, 2021.

3) The deadline for filing motions to dismiss and motions for summary judgment is October 13, 2021.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 13, 2021.

5) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of July, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge