IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY DAVIS, individually and as representatives of a class of similarly situated persons; and VENESSA ROMANO, individually and as representatives of a class of similarly situated persons;<br><br>Plaintiffs,<br><br>vs.<br><br>STADION MONEY MANAGEMENT, LLC, and UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>Defendants. | 8:19CV556<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Voluntary Dismissal (Filing No. 163). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each side to bear its own costs, attorney fees, and expenses.

Dated this 2nd day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge